FILED
TARRANT COUNTY
7/13/2022 10:50 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO._____  017-334603-22

| | | |
|---|---|---|
| **WILLIAM HARTFIELD,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **\_\_\_\_ JUDICIAL DISTRICT** |
| | § | |
| **WALMART, INC.,** | § | |
| *Defendant.* | § | **TARRANT COUNTY, TEXAS** |

---

## PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff WILLIAM HARTFIELD, complaining of Defendant WALMART, INC., and for cause of action would respectfully show the Court the following:

### I.
### DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 2, pursuant to Texas Rule of Civil Procedure 190.3.

### II.
### CLAIMS FOR RELIEF

Pursuant to Texas Rule of Civil Procedure 47, the damages sought by Plaintiff are within the jurisdictional limits of the Court. The Plaintiff seeks monetary relief of over $250,000.00 but not more than $1,000,000.00. The amount of money awarded, however, will ultimately be determined by the Jury. The Plaintiff also seeks prejudgment and post-judgment interest at the highest legal rate, and all other relief, both at law and in equity, to which Plaintiff may be justly entitled.



EXHIBIT C

## III.
### PARTIES

William Hartfield ("Plaintiff") is a resident of Frisco, Denton County, Texas. He may be contacted by and through his counsel of record.

Walmart, Inc. ("Defendant") is a Delaware corporation doing business in the State of Texas, and may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

## IV.
### JURISDICTION AND VENUE

The Court has subject matter jurisdiction over the controversy because the damages are within the jurisdictional limits of the Court.

In addition, this Court is the proper venue for this action, pursuant to Texas Civil Practice & Remedies Code § 15.002, because the incident complained of herein occurred in Tarrant County, Texas.

## V.
### FACTUAL BACKGROUND

On February 1, 2021, Plaintiff William Hartfield went to the Walmart store located at 2401 Avondale Haslet Road in Haslet, Tarrant County, Texas to do some shopping. While inside the store, Plaintiff slipped and fell on some liquid or other substance that was left on the floor, unattended, in the main aisle of the store. There were no signs posted near the area where Plaintiff fell to warn him of the danger created by the foreign substance on the floor. In the fall, Plaintiff sustained serious injuries.

## VI.
### CAUSES OF ACTION

**A.    <u>NEGLIGENCE</u>**

At the time of the incident in question, Plaintiff was a business invitee on Defendant's premises.  As such, Defendant owed Plaintiff a duty to exercise reasonable care to make the premises safe, and/or to warn her against any unreasonably unsafe conditions of which Defendant was aware, or of which it should reasonably have been aware.

The liquid substance on the floor of the store in question constituted an unreasonably unsafe condition, of which Defendant was aware, or in the exercise of ordinary care, should have been aware.  Defendant failed to correct the unsafe condition before the subject incident, and failed to warn Plaintiff of the danger posed by the foreign substance on the floor.  Such constituted negligence.

The Plaintiff will show this Honorable Court and Jury that:

1.  The Defendant had actual or constructive notice of the condition that caused Plaintiff's injury;

2.  That said condition posed an unreasonable risk of harm;

3.  The Defendant failed to take reasonable steps or use reasonable care to reduce or eliminate the risk;

4.  The Defendant failed to warn Plaintiff of the danger created by said condition; and

5.  The Defendant's failures as cited above were the direct and proximate cause of Plaintiff's injuries and related damages.

Each of the above and foregoing acts and omissions, whether taken singularly and/or in combination with each other, constituted negligence that was the direct and proximate cause of the incident in question, and the injuries and damages suffered by Plaintiff.

**B.**      **PREMISES LIABILITY**

Defendant was the owner of the Subject Store at the time Plaintiff was injured.

Plaintiff entered Defendant's premises with Defendant's knowledge and for their mutual benefit. Specifically, Plaintiff visited the premises as a business invitee for the mutual benefit of Plaintiff and Defendant.

A condition on Defendant's premises—the liquid substance on the floor—posed an unreasonable risk of harm.

Defendant and/or its contracted agents knew or reasonably should have known of the condition of the premises because it had actual or implied notice of the food on the floor and that it posed a condition substantially more dangerous than Plaintiff, a business invitee, could have reasonably anticipated by reason of knowledge of the conditions generally prevailing in the area and the Subject Store.

## VII.
### DAMAGES

As a direct and proximate result of Defendant's negligence as stated above, Plaintiff has suffered serious injuries.  He has also incurred other damages which are the result of his injury, which are cited below in the prayer for relief.

## VIII.
### JURY TRIAL REQUESTED

The Plaintiff hereby respectfully requests and demands a trial by Jury, and Plaintiff tenders the appropriate Jury Fee with the filing of this Original Petition.

## IX.
### U.S. LIFE TABLES

Notice is hereby given to Defendant that Plaintiff intends to use the U.S. Life Tables, as prepared by the Department of Health and Human Services, in the prosecution and trial of this case.

## X.
### RELIEF REQUESTED

WHEREFORE, PREMISES CONSIDERED, Plaintiff William Hartfield respectfully prays that Defendant Walmart, Inc., be cited to appear and answer herein, and that upon final trial hereof, Plaintiff be awarded Judgement against Defendant for the following:

1.  Plaintiff's past medical expenses;

2.  Plaintiff's' future medical expenses;

3.  Plaintiff's past physical pain & suffering;

4.  Plaintiff's' future physical pain & suffering;

5.  Plaintiff's past physical impairment;

6.  Plaintiff's future physical impairment;

7.  Plaintiff's past mental anguish;

8.  Plaintiff's future mental anguish;

9.  Plaintiff's past loss of earning capacity;

10. Plaintiff's future loss of earning capacity;

11. Prejudgment interest on Plaintiff's damages, at the maximum rate allowed by law;

12. Post-judgment interest on Plaintiff's damages, at the maximum rate allowed by law;

13. All costs of court; and

14. For such other and further relief to which Plaintiff may show himself justly entitled, both at law and in equity.

Respectfully submitted,

/s/ Richard R. Hyde, Jr.

Richard R. Hyde, Jr.
Texas Bar Number 24101949
THE LEDGER LAW FIRM
420 Throckmorton Street, Ste. 200
Fort Worth, Texas 76102
Telephone:     (214) 444-7788
Facsimile:     (214) 444-7788
Service Email: Texas@ledgerlaw.com
**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Wies on behalf of Richard Hyde
Bar No. 24101949
christina@ledgerlaw.com
Envelope ID: 66269982
Status as of 7/13/2022 11:41 AM CST

Associated Case Party: William Hartfield

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christina Wies | | christina@ledgerlaw.com | 7/13/2022 10:50:17 AM | SENT |
| Richard Hyde | | texas@ledgerlaw.com | 7/13/2022 10:50:17 AM | SENT |

## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                              *Cause No. 017-334603-22*

WILLIAM HARTFIELD
VS.
WAL-MART, INC.

### TO: WALMART INC

B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS,TX 75201-3136

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 17th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

WILLIAM HARTFIELD

Filed in said Court on July 13th, 2022 Against
WALMART INC

For suit, said suit being numbered 017-334603-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

### RICHARD R HYDE, JR
Attorney for WILLIAM HARTFIELD Phone No. (214)444-7788
Address      420 THROCKMORTON ST STE 200 FORT WORTH, TX 76102
_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 1st day of August, 2022.

By _____ Deputy
NATALIA THIGPEN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

### Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *01733460322000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____          _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                              _____
County of _____, State of _____

# CITATION

Cause No. 017-334603-22

WILLIAM HARTFIELD

VS.

WAL-MART, INC.

ISSUED

This 1st day of August, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        NATALIE THIGPEN Deputy

RICHARD R HYDE, JR
Attorney for: WILLIAM HARTFIELD
Phone No. (210)444-7788
ADDRESS: 420 THROCKMORTON ST STE 200

FORT WORTH, TX 76102

*CIVIL LAW*

*01733460322000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



**RICH HYDE**
TRIAL ATTORNEY
D: (214) 444-7788
F: (214) 444-7788
E: RICH@LEDGERLAW.COM

July 29, 2022                     017-334603-22

FILED
TARRANT COUNTY
7/29/2022 9:51 AM
THOMAS A. WILDER
DISTRICT CLERK

Via Electronic Filing
Tarrant County District Clerk
100 North Calhoun Street, 2nd Floor
Fort Worth, Texas 76196

**Re:** *William Hartfield vs. Wal-Mart, Inc.*; **Cause No. 017-334603-22 in the 17th Judicial District Court, Tarrant County, Texas**

To Whom It May Concern:

Please issue a citation to Defendant Wal-Mart, Inc. and email it to my paralegal Christina Wies at christina@ledgerlaw.com.

Should you have any questions, please do not hesitate to contact my office.

For the Firm,

Rich Hyde
*Trial Attorney*

**THE LEDGER LAW FIRM**                     **TEXAS DIVISION**
                                   420 Throckmorton Street, Suite 200
                                   Fort Worth, Texas 76102

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Wies on behalf of Richard Hyde
Bar No. 24101949
christina@ledgerlaw.com
Envelope ID: 66792026
Status as of 7/29/2022 9:55 AM CST
Associated Case Party: WILLIAMHARTFIELD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Hyde | | texas@ledgerlaw.com | 7/29/2022 9:51:26 AM | SENT |

Court Stamp Here

FILED
TARRANT COUNTY
8/4/2022 8:56 AM
THOMAS A. WILDER
DISTRICT CLERK

# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | District Court
17th Judicial District
Tarrant County, Texas | |
|---|---|---|
| Plaintiff

WILLIAM HARTFIELD | Cause #

017-334603-22 | |
| Defendant(s)

WALMART INC | Came to Hand Date/Time

8/02/2022      5:26 AM | |
| Manner of Service

Personal | Service Date/Time
8/02/2022      10:18 AM | |
| Documents

PETITION; CITATION | Service Fee:

$81.50 | |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **8/02/2022** at **10:18 AM**: I served **PETITION and CITATION** upon **WalMart, Inc.** by delivering **1** true and correct copy (ies) thereof, with **WalMart, Inc., I delivered the documents to Ct Corporation  who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Tierica Williams accepted the documents at 1999 Bryan Street, Suite 900, DALLAS, TX 75201.**

My name is: **Laitalain Walker**. My date of birth is: **4/04/1979**
My address is: **1080 Manacor Ln, Dallas, TX 75212**, USA.
My process server identification # is: **PSC-10832**. My Certification expires: **3/31/2024**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in _Dallas_____ county, TX.

_____                                   08/02/2022
Laitalain Walker                                              Date Executed



THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## *CITATION*                    Cause No. 017-334603-22

WILLIAM HARTFIELD
VS.
WAL-MART, INC.

TO: WALMART INC

B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS,TX 75201-3136

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 17th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

WILLIAM HARTFIELD

Filed in said Court on July 13th, 2022 Against
WALMART INC

For suit, said suit being numbered 017-334603-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

RICHARD R HYDE, JR
Attorney for WILLIAM HARTFIELD Phone No. (214)444-7788
Address    420 THROCKMORTON ST STE 200 FORT WORTH, TX 76102

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 1st day of August, 2022.

By _____ Natali Thigpen _____

NATALIA THIGPEN

A CERTIFIED COPY
ATTEST: 08/01/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *01733460322000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____

State of _____ County of _____ (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office

(Seal)

_____
County of _____, State of _____

# CITATION

Cause No. 017-334603-22

WILLIAM HARTFIELD

VS.

WAL-MART, INC.

ISSUED

This 1st day of August, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy

RICHARD R HYDE, JR
Attorney for: WILLIAM HARTFIELD
Phone No. (214)444-7788
ADDRESS: 420 THROCKMORTON ST STE 200

FORT WORTH, TX 76102

*CIVIL LAW*



*017334603220000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 08/01/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Wies on behalf of Richard Hyde
Bar No. 24101949
christina@ledgerlaw.com
Envelope ID: 66955414
Status as of 8/4/2022 9:03 AM CST
Associated Case Party: WILLIAMHARTFIELD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 8/4/2022 8:56:25 AM | SENT |

017-334603-22

# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

FILED
TARRANT COUNTY
8/4/2022 8:56 AM
THOMAS A. WILDER
DISTRICT CLERK

| Court | |
|---|---|
| | **District Court**<br>**17th Judicial District**<br>**Tarrant County, Texas** |

| Plaintiff | | Cause # |
|---|---|---|
| | **WILLIAM HARTFIELD** | **017-334603-22** |

| Defendant(s) | | Came to Hand Date/Time |
|---|---|---|
| | **WALMART INC** | **8/02/2022      5:26 AM** |

| Manner of Service | | Service Date/Time |
|---|---|---|
| | **Personal** | **8/02/2022      10:18 AM** |

| Documents | | Service Fee: |
|---|---|---|
| | **PETITION; CITATION** | **$81.50** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein.

On **8/02/2022** at **10:18 AM**: I served **PETITION and CITATION** upon **WalMart, Inc.** by delivering **1** true and correct copy (ies) thereof, with **WalMart, Inc., I delivered the documents to Ct Corporation  who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Tierica Williams accepted the documents at 1999 Bryan Street, Suite 900, DALLAS, TX 75201**.

My name is: **Laitalain Walker**. My date of birth is: **4/04/1979**
My address is: **1080 Manacor Ln, Dallas, TX 75212**, USA.
My process server identification # is: **PSC-10832**. My Certification expires: **3/31/2024**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Dallas _____ county, TX.

_____
Laitalain Walker

08/02/2022
_____
Date Executed




THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

*CITATION*                                    *Cause No. 017-334603-22*

WILLIAM HARTFIELD
VS.
WAL-MART, INC.

TO: WALMART INC

B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS,TX 75201-3136

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 17th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

WILLIAM HARTFIELD

Filed in said Court on July 13th, 2022 Against
WALMART INC

For suit, said suit being numbered 017-334603-22 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

RICHARD R HYDE, JR
Attorney for WILLIAM HARTFIELD Phone No. (214)444-7788
Address    420 THROCKMORTON ST STE 200 FORT WORTH, TX 76102
_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 1st day of August, 2022.

By _____ Natali Thigpen _____
NATALIA THIGPEN

A CERTIFIED COPY
ATTEST: 08/01/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN *01733460322000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

        Authorized Person/Constable/Sheriff: _____
        County of _____ State of_____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
                                            _____
                        County of _____, State of _____

# CITATION

Cause No. 017-334603-22

WILLIAM HARTFIELD

VS.

WAL-MART, INC.

ISSUED

This 1st day of August, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      NATALIE THIGPEN Deputy

RICHARD R HYDE, JR
Attorney for: WILLIAM HARTFIELD
Phone No. (214)444-7788
ADDRESS: 420 THROCKMORTON ST STE 200

FORT WORTH, TX 76102

*CIVIL LAW*



*01733460322000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



A CERTIFIED COPY
ATTEST: 08/01/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By: /s/ Natalie Thigpen

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christina Wies on behalf of Richard Hyde
Bar No. 24101949
christina@ledgerlaw.com
Envelope ID: 66955414
Status as of 8/4/2022 9:03 AM CST
Associated Case Party: WILLIAMHARTFIELD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 8/4/2022 8:56:25 AM | SENT |

017-334603-22

FILED
TARRANT COUNTY
8/29/2022 8:56 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 017-334603-22

| | | |
|---|---|---|
| **WILLIAM HARTFIELD** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **WALMART, INC.** | § | **17TH JUDICIAL DISTRICT** |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Walmart, Inc., Defendant in the above-referenced cause, and files this its Original Answer and respectfully shows the Court the following:

### I.
### GENERAL DENIAL

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof by preponderance of the credible evidence.

### II.
### RULE 193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendant provides notice that it intends to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

### III.
### JURY DEMAND

Defendant further demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that Plaintiff take nothing by this suit, that Defendant recover its costs, and for such other and further relief to which Defendant may be justly entitled at law or in equity.

Respectfully submitted,

**COBB MARTINEZ WOODWARD** Pllc
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5210
(214) 220-5299 (Fax)


By: */s/ Stacy Hoffman Bruce*_____
    **STACY HOFFMAN BRUCE**
    Texas Bar No. 24036793
    sbruce@cobbmartinez.com
    **JOSHUA VILLARREAL**
    Texas Bar No. 24125871
    jvillarreal@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 29th day of August, 2022.

Richard R. Hyde, Jr.
The Ledger Law Firm
420 Throckmorton Street, Suite 200
Fort Worth, TX 76102


*/s/ Stacy Hoffman Bruce*_____
**STACY HOFFMAN BRUCE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 67736536
Status as of 8/29/2022 9:00 AM CST
Associated Case Party: WILLIAMHARTFIELD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Richard Hyde | | texas@ledgerlaw.com | 8/29/2022 8:56:57 AM | SENT |
| Christina Wies | | christina@ledgerlaw.com | 8/29/2022 8:56:57 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 67736536
Status as of 8/29/2022 9:00 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chaunte Busby | | cbusby@cobbmartinez.com | 8/29/2022 8:56:57 AM | SENT |
| Josh Villarreal | | jvillarreal@cobbmartinez.com | 8/29/2022 8:56:57 AM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 8/29/2022 8:56:57 AM | SENT |
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 8/29/2022 8:56:57 AM | SENT |



CAUSE NO. 017-334603-22

| | | |
|---|---|---|
| **WILLIAM HARTFIELD** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **WAL-MART, INC.** | § | **17TH JUDICIAL DISTRICT** |

## ORDER SETTING TRIAL

   The Court hereby enters the following trial setting and other pretrial deadlines.  All deadlines not contained in this Order shall be governed by the Texas Rules of Civil Procedure and Tarrant County Local Rules.  If all parties/attorneys desire a different trial setting, an agreed scheduling order with the new trial date contained therein shall be submitted to the Court within fourteen days.

**September 12, 2022**       An Agreed Scheduling Order shall be submitted by this date.

**July 7, 2023**       Each party shall file with the clerk of the court an exhibit list,
**by noon**       witness list, motions in limine, and a proposed charge of the court
      or proposed findings of fact/conclusions of law.  A courtesy copy of
      the proposed charge should also be sent in Word format via e-mail
      to jmgrimsley@tarrantcounty.com.

**July 13, 2023**       The Court will conduct a pretrial hearing on this date and time with
**at 2:30 p.m.**       the parties.

**July 17, 2023**       This case is set for trial during the week of July 17, 2023.

   Signed on this 29th day of August, 2022.



**Visiting Judge R.H. Wallace, Judge Presiding**

**From:** Pamela J. Maples
**To:** TEXAS@LEDGERLAW.COM; SBRUCE@COBBMARTINEZ.COM
**Subject:** 017-334603-22-***ORD SET TRIAL WK OF 7/17/23
**Date:** Monday, August 29, 2022 3:02:00 PM
**Attachments:** 01733460322000011.PDF

*Pamela Maples*

*Administrative Court Clerk  17th Judicial Court*
*Tarrant County District Clerk*
*Tom Vandergriff Civil Courts Building*
*100 N. Calhoun ST, 2nd Floor*
*Fort Worth, TX 76196*
*817-884-1567*
pjmaples@tarrantcounty.com

